AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

QUOC NGUYEN

APPEARANCE

CASE NUMBER: CR 05-134-03T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

12-14-05

*Date*

[signature] 2614

*Signature*

JAMES T. MCCORMICK

*Print Name* *Bar Number*

128 DORRANCE ST, ROOM 320

*Address*

PROV RI 02903

*City* *State* *Zip Code*

831-2970 751-1797

*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.