AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 07 2005
US ... RHODE ...

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

QUOC NGUYEN

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-134-03T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest QUOC NGUYEN
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to knowingly participate in the Use of extortionate means to collect an extension of credit
Participate in the Use of extortionate means to collect an extension of credit and to punish a person for the non-repayment of extension of credit

in violation of Title 18 United States Code, Section(s) 894 and 2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

12/7/05 Providence RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Watertown, MA | | |
| DATE RECEIVED 12/12/05 | NAME AND TITLE OF ARRESTING OFFICER Brian S. Womble | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/14/05 | Special Agent, FBI | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.