IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

[redacted]

Now comes Defendant Quoc Nguyen who hereby moves this Honorable Court for a seven-day extension of time within which to file motions in this case, from January 17, 2006, until the close of business on January 24, 2006.

The period of time requested by this extension is excludable time under the speedy trial act.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorney on the 23RD day of JANUARY 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli