IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

[redacted]

Now comes Defendant Quoc Nguyen who hereby moves for a severance of his trial from the trial of Co-defendant Thinh Cao for the reasons indicated in the attached memorandum.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

HEARING DATE:

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorney on the 23RD day of JANUARY 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

[redacted]

Defendant Quoc Nguyen moves to sever his trial from that of Co-defendant Thinh Cao pursuant to Rule 14 of the Rules of Criminal Procedure. The basis for this motion is that Co-defendant Thinh Cao gave the attached statement which implicates Quoc Nguyen. If the Government intends to use this statement, then Quoc Nguyen is entitled to a severance under Bruton. Accordingly, defendant requests this motion to sever be granted.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

______________________________
**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorney on the 23RD day of JANUARY 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli