FD-302 (I.ev. 10-6-95)



# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 07/27/2005

THINH CAO, aka THINH VANCAO, date of birth 09/16/1960, social security number 036506846, was interviewed at the West Warwick Police Department. Prior to the interview CAO was read an Advice of Rights form. CAO acknowledged he understood his rights, and signed a FD-395 Advice of Rights form. After being advised of the identity of the interviewing Agents and the nature of the interview, CAO provided the following information:

CAO was recently released from a fourteen year sentence for an armed robbery committed in Massachusetts. He recently moved to 27 King Street, Dorchester, Massachusetts and utilizes telephone number (857) 829-3810. He is currently working for a furniture and hardwood floor company.

CAO met KHUONG NGUYEN at an United States Immigration office. CAO is required to report to Immigration every six months. CAO did not meet QUOC NGUYEN, KHOUNG NGUYEN'S brother, until 07/25/2005.

CAO went to West Warwick on 07/25/2005 with KHUONG NGUYEN and QUOC NGUYEN because he was bored. When they left, they did not tell him why they were going to do in West Warwick. They drove in KHOUNG NGUYEN'S vehicle.

When they arrived in West Warwick, KHUONG NGUYEN and QUOC NGUYEN confronted a Vietnamese male at his nail salon. COA was present, but did not participate. The owner of the nail salon owed QUOC NGUYEN $2000 for a gambling debt. The debt was for a personal bet between QUOC NGUYEN and the owner of the nail salon. The salon owner stated he did not want to pay the debt. QUOC NGUYEN then punched to salon owner and he fell to the ground. QUOC NGUYEN proceeded to kick him while he was on the ground. A woman jumped on top of the salon owner to shield him, and QUOC NGUYEN stopped the assault.

CAO stated that the salon owner had previously paid gambling debts. When asked about the machete recovered from KHOUNG NGUYGEN'S vehicle, CAO stated it was a tool which KHOUNG NGUYEN used for his work. CAO denied knowing VAN ANH, aka ANDY.

estigation on 07/26/2005 at West Warwick, RI

File # 281E-BS-95756 Date dictated 07/27/2005

by SA Brian S. Womble
SA Joseph R. Degnan

Th s document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;