IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

## DEFENDANT QUOC NGUYEN'S MOTION TO SUPPRESS HIS STATEMENT

Defendant Quoc Nguyen moves to suppress his verbal statement to the West Warwick Police on July 25, 2005. The basis for this motion is indicated in the memorandum filed herewith.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

## CERTIFICATION

I, the undersigned, hereby certify I mailed a copy of the within to the following attorney on the 23RD day of JANUARY 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

**DEFENDANT QUOC NGUYEN'S MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS HIS STATEMENT TO THE WEST WARWICK POLICE DEPARTMENT**

The attached West Warwick Police Department narrative on page 2 indicates Defendant Quoc Nguyen was given his Miranda rights and then made a statement implicating himself. Defendant moves to suppress this statement on the grounds that he has no recollection of being read his rights on the night of July 25, 2005, and there is no rights form contained in the discovery provided to defendant. Absent his Miranda warnings, this statement should be suppressed.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorney on the 23RD day of JANUARY 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393