**West Warwick Police Department** 

**NARRATIVE FOR PATROL DONALD J ARCHIBALD**

**Ref:** 05-931-AR

| | | | |
|---|---|---|---|
| **Entered:** | 07/26/2005 @ 0255 | **Entry ID:** | 37 |
| **Modified:** | 07/26/2005 @ 0409 | **Modified ID:** | 43 |
| **Approved:** | 07/26/2005 @ 0409 | **Approval ID:** | 43 |

On Monday, July 25, 2005, at 8:54 pm, I, Ptlm.Archibald, was dispatched to the Nail Tech salon which is located in the Cowesett Plaza on 289 Cowesett Avenue, WWRI for a reported robbery. The manager, **Tommy Nguyen (6-13-74)** called police to report he had been robbed. I was the first officer to arrive at the business. I arrived within three minutes of the dispatch. I met Tommy, his girlfriend, **Yvonne Nguyen (8-21-75)** and **Thom Tong (3-7-79)** at the entrance to the business. All three are employees of Nail Tech. Nail Tech is a small store that provides cosmetic services for finger/toe nails. The store is one of approximately twelve in an L-shaped strip mall on Cowesett Avenue (Rt.3). Quaker Lane (Rt.2) is one-tenth of a mile east of this location.

Tommy and Yvonne appeared very animated. They were pacing back and forth. As I approached them, Tommy said " I was robbed" in an excited voice. It should be noted that all three subjects are Vietnamese and speak English as a second language. Tommy and Thom speak English fairly well while Yvonne speaks it very well. I escorted them back inside the business in order to interview them further. I first checked the interior of the business to make sure no one else was inside. No one else was located.

I noticed Tommy had an area of swelling in and around his right ear. I also saw that the big toe on his left foot had recently been bloodied. He lifted his shirt and I saw an abrasion on his rib cage that also appeared recent. He said all these injuries were a result of being beaten by the three men that had robbed him. I had WWFD rescue respond to attend to Tommy's injuries. They arrived moments later and provided first aid to Tommy. He declined to be taken to KCMH and signed a medical release.

I asked Tommy what had happened earlier and he gave the following account: He admitted that he bets illegally on NBA basketball games and has recently lost large sums of money to his bookmaker, a man he knows as "Andy". He said he has never met "Andy" but has paid him over 10,000 (10K) to cover his gambling losses. Tommy only knows that Andy lives in the Boston, MA area. He provided me with the phone numbers he uses to contact Andy, (617) 519-0430 and (617) 201-4239. Tommy said he believes Andy's real Vietnamese name is Van Anh.

Tommy said three men he has seen before, **Khuong Nguyen (9-24-74)**, his brother **Quoc Nguyen (11-3-76)** and **Thinh Cao (9-16-60)** showed up at his business uninvited and unannounced. All three men are Vietnamese. The three stood in front of the storefront window. Tommy said he was with a customer when he saw the men. Tommy walked outside the store to see what the men wanted. He admitted that the three men have visited him before at the salon and taken money from Tommy for his gambling losses. Khuong asked Tommy for money. Tommy told them he had paid all his gambling debts and owes them nothing. Tommy said one of the men said " we'll take care of it ". Tommy said two of the men, Khuong and his brother Quoc, pushed him to the pavement and punched and kicked him repeatedly. Tommy said the men tried to make him talk to "Andy" on a cell phone. Tommy told Andy that he had already paid him for his losses and he did not owe him any more money.

Yvonne, who was at home, had talked to Tommy earlier by phone and told him she would come by the salon. Yvonne said when she arrived at the salon she saw two men, Khuong and Quoc, talking to Tommy. She said the two men suddenly hit Tommy and knocked him to the ground. Yvonne said she went over to Tommy and used her body to shield him from their blows. She had her cell phone in hand and called the police. She said she told the men she called the police and they told her "we don't care, call the cops". Yvonne said the men then stopped hitting Tommy and walked over to a silver Acura 3.2 TL with Mass plates 49WV23. The three men then drove east on Cowesett Avenue towards Rt.2.

**West Warwick Police Department** 

**NARRATIVE FOR PATROL DONALD J ARCHIBALD**

**Ref: 05-931-AR**

**Entered:** 07/26/2005 @ 0255 **Entry ID:** 37
**Modified:** 07/26/2005 @ 0409 **Modified ID:** 43
**Approved:** 07/26/2005 @ 0409 **Approval ID:** 43

The other employee of Nail Tech, Thom Tong, said she saw Tommy talking with the three males. She said she saw the biggest male, Khuong, hit Tommy several times until Tommy was on the ground. She saw another male, Quoc, also hit Tommy. She said she saw a third male, Thinh Cao, standing off to the side. Thom said Thinh did not participate in the assault but stood by with what appeared to be a black handgun in his waistband. Thom said Yvonne showed up and tried to help Tommy. Yvonne and Tommy ran towards the Subway sandwich shop at the end of the mall and Khuong and Quoc ran after them. She said Thinh stood where he was but eventually ran to the Acura. He drove to Khuong and Quoc and picked them up and they drove away.

Tommy, Yvonne and Thom provided physical/clothing descriptions of the three men. They were all certain they could identify all three men if they saw them again. I provided the description of the vehicle and of the three men to WWPD dispatch. Dispatch then broadcast that information over the Intercity police radio frequency. Tommy, Yvonne and Thom were escorted to WWPD by Ptlm.Izzi, so that they could be interviewed further. Several moments later the Massachusetts State Police (MSP) called WWPD to inform us they had stopped that vehicle on Rt.93 near Milton, MA. All three subjects inside fit the descriptions provided by the victim/witnesses. Capt.Silva (shift OIC) informed MSP that we wished to interview the three men in reference to the incident. All three men actually requested and agreed to be taken back to Rhode Island in order to resolve the matter. Ptlm.Bennett and I met the MSP/RISP in the Dunkin' Donuts parking lot in Pawtucket, RI and took custody of the three men. I transported Thinh, Ptlm.Bennett transported Quoc and RISP transported Khuong.

Tommy, Yvonne and Thom were at HQ when the three men were escorted inside. All three were able to clearly view the three men and they were certain that the three men we had escorted inside the station were the three men that had participated in the incident with Tommy and Yvonne. The victim/witnesses completed their written statements. Tommy indicated in his statement that even though the men did not get any money from him, he still wanted to press charges against them for the assault and for trying to extort money from him. Tommy also signed a **WWPD Medical Release** form.

I interviewed **Khuong** Nguyen first. I read him his **Miranda rights** from the standard rights form. He initialed each right and signed the form. He would not talk about the incident at all except to say that Tommy attack him first. He would answer no other questions. I then interviewed **Quoc.** He was also given his **Miranda rights.** Quoc admitted that he and the others drove to Nail Tech this evening to collect 2,000 (2K) that he said Tommy owes in gambling debts. Quoc would not say if he was collecting the money for himself or for someone else. He denied knowing anyone named "Andy". Quoc said Tommy called him an obscenity in Vietnamese (the equivalent of mother fucker) when Quoc asked for the money. Quoc said that angered him and he admitted that he and his brother Khuong pushed Tommy to the ground and may have "slapped him around" a little bit. Quoc said he stopped his assault when Yvonne jumped in. Quoc said Yvonne retrieved a sword from her vehicle and threatened him with it.

Quoc also admitted that he and the other two men showed up at Nail Tech unannounced for the sole purpose of collecting the 2,000.00 from Tommy. He blamed Tommy for escalating the situation by calling him an obscenity. Quoc did not want to commit his verbal statement to paper. Lastly, I spoke with **Thinh.** I read him his **Miranda rights** as well. He refused to talk about the incident. He would only say " I've been in jail for fourteen years, you do what you have to do".

West Warwick Police Department

ARRATIVE FOR PATROL DONALD J AR BALD

Ref: 05-931-AR

| | | | |
|---|---|---|---|
| Entered: | 07/26/2005 @ 0255 | Entry ID: | 37 |
| Modified: | 07/26/2005 @ 0409 | Modified ID: | 43 |
| Approved: | 07/26/2005 @ 0409 | Approval ID: | 43 |

Khuong and Quoc were both charged with conspiracy and with assault with intent to commit a felony.

'hinh was charged with conspiracy. All three men were booked, allowed use of the phone and then placed in the ell block pending arraignment.

Note: Trooper Bortaletti of the MSP called WWPD around 2:30 am to report they had located a machete in the silver Acura they had stopped. It is possible that this weapon was what Thinh had in his possession during the incident. No firearm was found.

Note: Det.Lemoi processed the crime scene at Nail Tech.

**Ptlm.Archibald #37**