IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

**DEFENDANT QUOC NGUYEN'S MOTION *IN LIMINE***

Now comes Defendant Quoc Nguyen who hereby moves for an order precluding the Government from introducing evidence of certain criminal convictions to impeach his credibility should he testify. Rule 609 of the Federal Rules of Evidence states that evidence that an accused has been convicted of a felony "shall be admitted if the Court determines that the probative value of admitting this evidence outweighs its prejudicial effect to the accused;" In this case defendant has a conviction in 1996 for conspiracy and possession with intent to distribute cocaine base and was sentenced to 65 months in federal prison. He also has a conviction in 2004 for possession of burglary tools and larcency less than $500 in Massachusetts District Court, for which he received one-year probation. Because the prejudicial effect of these convictions outweighs their probative value, defendant respectfully requests this Honorable Court preclude the Government from introducing evidence of these crimes should defendant testify in his own behalf at trial.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

HEARING DATE:

**CERTIFICATION**

I, the undersigned, hereby certify I mailed a copy of the within to the following attorney on the 23RD day of JANUARY 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Kerri A. Vecoli