UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-134T

VAN ANH, KHONG NGUYEN,
QUOC NGUYEN, and THINH CAO

ORDER ENLARGING TIME IN WHICH TO FILE PRETRIAL MOTIONS

The deadline for filing pretrial motions is hereby extended to Friday, February 10, 2006. This extension applies to all four defendants. Therefore, Defendants Quoc Nguyen's and Thinh Cao's motions to enlarge the time for filing are hereby passed as moot.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/3/06