Exh 2

Date: 7/26/05

Time: 1:15 pm

Location: WWPD

Report # 05-931-AR

# West Warwick Police
# Witness Statement

I, THOM THI TONG voluntarily, without threats or promises make the following statement.

Q: What is your address

A: [redacted]

Q: What is your date of birth

A: [redacted]

Q: What is your social security number

A: [redacted]

Q: What is your telephone

A: [redacted]

Yesterday arond 8.30 . I and Tommy Nguyen working late we went out shop
I saw the mans wear T-sirh blue and short. He had a black something in his ~~handle~~.
whist band of his pant. I thought It was gun but I not sure. Black handle I saw today look the same I saw last night

Capt. Patlad
Officer

Tong Thom
Signature