UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

[redacted]

Now comes Defendant Quoc Nguyen who hereby withdraws his motion to suppress his statement to the West Warwick Police Department.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorneys on the 10 day of MARCH 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

John F. Cicilline, Esq.
381 Atwells Avenue
Providence, RI 02909

Attorney Judith Crowell
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
101 Dyer Street
Providence, RI 02903