AO 89 (Rev. 5/85) Subpoena

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

VAN ANH, KHONG NGUYEN,
QUOC NGUYEN, THINH CAO

## SUBPOENA

CASE NUMBER: CR05-134T

| TYPE OF CASE | SUBPOENA FOR |
| --- | --- |
| ☐ CIVIL ☒ CRIMINAL | ☒ PERSON ☒ DOCUMENT(S) or OBJECT(S) |

TO: Custodian of Records
Verizon Legal Compliance
140 West Street - 21st FLoor
New York, NY 10007
(F) 212-921-4636 (O) 888-483-2600

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
| --- | --- |
| United States District Court<br>Federal Building - United States Courthouse<br>One Exchange Terrace<br>Providence, Rhode Island | #3 - Chief Judge Torres |
| | DATE AND TIME |
| | |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENTS.

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
| --- | --- |
| Paulette J. Dube | |
| (BY) DEPUTY CLERK Chief Deputy Clerk | |

| This subpoena is issued upon application of the: | QUESTIONS MAY BE ADDRESSED TO: |
| --- | --- |
| ☐ Plaintiff ☐ Defendant ☒ U.S. Attorney<br>ROBERT CLARK CORRENTE | JAMES H. LEAVEY, AUSA<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Fl. Fleet Center<br>Providence, RI 02903 (401) 709-5000<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

*If not applicable, enter "none".

#2

ATTACHMENT TO SUBPOENA ISSUED TO:

Custodian of Records
Verizon Legal Compliance
140 West Street - 21st Floor
New York,NY 10007
FAX 212-921-4636
TEL 888-483-2600

Please provide subscriber information for the following telephone numbers:

617-472-6289
617-519-0430
617-519-0520

from March 1, 2005 to July 31, 2005.

Please provide all toll records of calls to and from the above telephone numbers to and from each other and numbers listed below from March 1, 2005 to July 31, 2005.

401-345-2882
857-829-3810
617-201-4239

Please return the requested records to:

The Clerk's Office
United States District Court
One Exchange Terrace
Providence, RI 02903