AO 89 (Rev. 5/85) Subpoena

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

VAN ANH, KHONG NGUYEN,
QUOC NGUYEN, THINH CAO

## SUBPOENA

CASE NUMBER:

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL ☒ CRIMINAL | ☒ PERSON ☒ DOCUMENT(S) or OBJECT(S) |

TO:

Custodian of Records
Wachovia Bank
401 Market Street, 11th FL
Philadelphia, PA 19106

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Federal Building - United States Courthouse<br>One Exchange Terrace<br>Providence, Rhode Island | #3 - Chief Judge Torres<br>DATE AND TIME |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENTS.

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| Paulette J. Duke | |
| (BY) DEPUTY CLERK<br>Chief Deputy Clerk | |

This subpoena is issued upon application of the:

☐ Plaintiff ☐ Defendant ☒ U.S. Attorney
ROBERT CLARK CORRENTE

QUESTIONS MAY BE ADDRESSED TO:

JAMES H. LEAVEY, AUSA
United States Attorney's Office
50 Kennedy Plaza, 8th Fl. Fleet Center
Providence, RI 02903 (401) 709-5000
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

#4

ATTACHMENT TO SUBPOENA ISSUED TO:

Custodian of Records
Wachovia Bank
401 Market Street, 11th FL
Philadelphia, PA 19106

ALL OPEN AND CLOSED ACCOUNTS.

For the time period 03/01/2005 to 07/31/2005 relating to the attached deposit check and wire transfer request.

Please return the requested records to:

The Clerk's Office
United States District Court
One Exchange Terrace
Providence, RI 02903

# .E TRANSFER REQUEST

CITIZENS BANK

## Customer Information

Name: THYTRANG NGUYEN Phone Number: (678)438-2245

Address: 18 PEPIN ST UNIT A1 WEST WARWICK RI 02893
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is unacceptable )

Debit from Account # 15596753

**I have verified Available Funds in the account listed above** KWB **(Banker must initial)**

Identification Type: US State Drivers License w/ Photo Number: 2520269

Expiration Date: 08/21/2006 Issued By: RI

**I have verified that this individual is an authorized account signer** KWB **(Banker must initial)**

## Transaction Information

**Domestic Wire Transfer**

U.S. Dollar Amount: $10,000.00 Fee: $18.00

**International Wire Transfer**
(Call Foreign Exchange Dept at 1-800-733-4360, Option 1 for Currency Rates)

Foreign Amount: ______ Rate: ______ Type of Currency: ______

U.S. Dollar Amount: ______ Fee: ______

## Beneficiary Information

Beneficiary Name: HOP CAO Account Number: 1010013919180

Address: 2745 WOODBINE HILL WAY NORCROSS GA 30071
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is unacceptable )

Special Instructions: ______

**Beneficiary's Bank - Final**

Bank Name: WACHOVIA BANK Address: 3400 ~~SATLLIET BLVD~~ Satellite Blvd.

City, State, ZIP and Country: DULUTH, GA, 30096 Routing Number/Swift Code: ~~640505256~~ 061000227

**Beneficiary's Bank - Intermediate**

Bank Name: ______ Address: ______

City, State, ZIP and Country: ______ Routing Number/Swift Code: ______

This order will be accepted by the Bank on behalf of the Originator only upon the consent of the Originator to be bound by the terms and conditions contained on the reverse side of this form. The Originator represents to the Bank that Originator has read and understands all or the aforementioned terms and conditions and confirms Originator's acceptance of the same by placing Originator's or Originator's Authorized Representative's signature below. See Terms and Conditions on Reverse

Customer Signature: [signature] Branch Representative Signature: [signature]

Additional Approval: ______ Branch # 107 Branch Phone # 401 828 8612 Date: 3/29/05

(REQUIRED - If Wire Amount Exceeds Authority Limit)

Wire Ref. # 5810 Time: 3:10pm Wire Transfer Operator: ~~Ethan~~ Deanna

**ALL CUSTOMER AND WIRE TRANSFER INFORMATION MUST BE VERIFIED, INCLUDING THE CUSTOMER'S SIGNATURE, BEFORE ACCEPTING THE WIRE TRANSFER REQUEST.**

**Call the Wire Department at 1-877-471-1961 to process the Wire.**

F-278 (Rev. 8/04 by PB)

NAIL TECH 09-03
401-826-4644
289 COWESETT AVE.
WEST WARWICK, RI 02893

1388

Date 6/20/05 57-12/115 109

06/29/05 E1303 T1329 P13 0415425228

Pay to the order of HOPCAO $ 800.00

Eight hundred Dollars

CITIZENS BANK
Rhode Island

Citizens Circle Account

For

⑆011500120⑆1448 929 5⑈ 1388 ⑈0000080000⑈



| | |
|---|---|
| Posting Date | 2005 Jun 29 |
| Posting Seq No | 14135475 |
| Account Number | 14489295 |
| Check Number | 1388 |
| Amount | $800.00 |