IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

[redacted]

Now comes Defendant Quoc Nguyen who hereby objects to the Government's motion for issuance of subpoenas for the reasons indicated in the memorandum filed herewith.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

James T. McCormick (#2614)
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorneys on the 23 day of MARCH 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

John F. Cicilline, Esq.
381 Atwells Avenue
Providence, RI 02909

Attorney Judith Crowell
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
101 Dyer Street
Providence, RI 02903

FILED

MAR 24 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 05-134-03T

QUOC NGUYEN

[redacted]

The Government has moved to subpoena toll records for telephone numbers allegedly bearing some connection to each defendant. The Government seeks these records to "show association among the various co-conspirators." (Government's memorandum page 4) The Government seeks toll records for (617) 519-0520, on the grounds that "Quoc Nugyen gave this number to the West Warwick Police as his contact number in his booking statement." (Government's memorandum page 6)

Quoc Nugyen objects to the issuance of a subpoena for these records. The Government has not demonstrated that the telephone to which this number was issued was used in any way to facilitate the alleged conspiracy. The fact that defendant gave this number as his contact number when he was arrested, in and of itself, does not suggest any connection between this phone number and any criminal activity. For these reasons, the Government's motion for subpoena should be denied.

DEFENDANT QUOC NGUYEN

By his attorneys,

McKENNA & McCORMICK

______________________________
**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I mailed a copy of the within to the following attorneys on the 23 day of MARCH 2006:

Asst. U. S. Atty. James H. Leavey
*U. S. Attorney's Office*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

John F. Cicilline, Esq.
381 Atwells Avenue
Providence, RI 02909

Attorney Judith Crowell
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
101 Dyer Street
Providence, RI 02903

______________________________