**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR-05-134-T**

**QUOC NGUYEN**

## MOTION TO WITHDRAW AS COUNSEL

Now come James McCormick, Esquire, and moves to withdraw his appearance in the above-entitled case.

Respectfully submitted
Quoc Nguyen
By his Attorney,

James McCormick, Esquire