UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-134-03T

QUOC NGUYEN

**ORDER**

Upon motion of the defendants to continue the trial presently scheduled for April 18th, 2006, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Quoc Nguyen CR No. 05-134-03T, is vacated, the case will be scheduled for empanelment sometime after June 20th, 2006 and the time from the date of this order through July 1st, 2006, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 4/6/06 , 2006