UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 31 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR-05-134-T

QUOC NGUYEN

## MOTION TO WITHDRAW AS COUNSEL

Now come James McCormick, Esquire, and moves to withdraw his appearance in the above-entitled case.

Respectfully submitted
Quoc Nguyen
By his Attorney,

James McCormick, Esquire

4/25/06: GRANTED. USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 4/4/06