AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

QUOC NGUYEN

**APPEARANCE**

Case Number: CR 05-134 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

QUOC NGUYEN

I certify that I am admitted to practice in this court.

3/30/2006
Date

Signature


JOHN M. CICILLINE, ESQUIRE
Print Name

3350
Bar Number

387 ATWELLS AVENUE
Address

PROVIDENCE
City

RI
State

02909
Zip Code

(401) 273-5600
Phone Number

(401) 454-5600
Fax Number