UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 05-134-03T |
| | : | |
| QUOC NGUYEN | : | |

**REIMBURSEMENT ORDER**

The Defendant previously was represented by CJA counsel based upon his affidavit of indigence and representation that he had no funds available with which to retain counsel. It now appears that such funds have become available to Defendant. CJA counsel has not yet received any payment on this matter and represented to the Court that his total billings to date are $1,911.00. Therefore, it is hereby ORDERED that Defendant and his retained counsel reimburse the United States for any CJA payments to be made to Court-appointed counsel. CJA counsel is directed to promptly submit his final invoice to the Court for review and processing.

BY ORDER

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
April 26, 2006