IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| QUOC NGUYEN | ) | |

**GOVERNMENT'S MOTION IN LIMINE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves in limine to prohibit defendant from attempting to impeach the government's witness, Tommy Nguyen, with his prior felony conviction for Entering an Automobile for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of June, 2006, I faxed a copy of the within Government's Motion in Limine, along with its accompanying Memorandum, to the following:

FAXED 454-5600
John M. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| QUOC NGUYEN | ) | |

**MEMORANDUM IN SUPPORT OF**
**<u>GOVERNMENT'S MOTION IN LIMINE</u>**

The government has supplied defense counsel with the criminal record of its main witness, Tommy Nguyen. The record shows that on May 23, 1996, he was convicted of ENTERING AUTO MISD C/F felony in Dekalb County, Superior Court, Georgia. He was sentenced to 12 months probation with restitution and community service.

F.R.Cr.P. 609(b) prohibits the impeachment of a witness with a conviction more than 10 years old unless "the Court determines, in the interests of justice, that the probative value of the conviction supported by specific facts and circumstances substantially outweighs its prejudicial effect." The government submits that impeachment of Tommy Nguyen with a felony conviction for which he received probation more than 10 years ago would prejudice the government's case and its probative value to the defendant does not substantially outweigh that prejudice.

The government respectfully submits that the defendant should be precluded from impeaching Tommy Nguyen with his prior felony conviction.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of June, 2006, I faxed a copy of the within Government's Motion in Limine, along with its accompanying Memorandum, to the following:

FAXED 454-5600
John M. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909