**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v.

QUOC NGUYEN Cr. No. 05-134-03T

# VERDICT

WE THE JURY FIND AS FOLLOWS: (check one for each charge)

| AS TO QUOC NGUYEN | Guilty | Not Guilty |
|---|---|---|
| Count I - Conspiracy to use extortionate means to collect or attempt to collect an extension of credit made to Tommy Nguyen and/or to punish Tommy Nguyen for not repaying an extension of credit, in violation of 18 U.S.C. § 894: | ______ | ✓ |
| Count II - Knowing participation in the use of extortionate means to collect or attempt to collect an extension of credit made to Tommy Nguyen and/or to punish Tommy Nguyen for not repaying an extension of credit, in violation of 18 U.S.C. §§ 894 and 2: | ✓ | ______ |