AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America V. Quoc Nguyen

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR05-134-03T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | James Leavey, Sandra Beckner | John M. Cicilline |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/14/06-6/16/06 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/14/06 | | | W-1 Tommy Nguyen |
| 1 | | 6/14/06 | | | Bank of America records relating to account of A.V. Hardwood Floor |
| 2 | | 6/14/06 | | | Citizens Bank records of Nail Tech business account |
| 3 | | 6/14/06 | | | Photograph - Rib Area of Tommy Nguyen |
| 4 | | 6/14/06 | | | Photograph - Toes of Tommy Nguyen |
| 5 | | 6/14/06 | | | Photograph - Neck Area of Tommy Nguyen |
| 6 | | 6/14/06 | | | Photograph - Leg of Tommy Nguyen |
| 7 | | 6/14/06 | | | Subscriber Information & Toll Records for telephone # 857-829-3810 |
| | | 6/14/06 | | | W-2 Thom Thi Tong |
| | | 6/14/06 | | | W-3 Thytrang Nguyen (Yvonne) |
| | | 6/14/06 | | | W-4 Robert Bohn |
| | | 6/14/06 | | | W-5 Joseph Degnan |
| 8 | | 6/14/06 | | | Subscriber Information & Toll Records for telephone # 617-201-4239 |
| 9 | | 6/14/06 | | | Toll Records for calls between Van Anh and Tommu Nguyen |
| 10 | | 6/14/06 | | | Summary of calls on July 25, 2005 |
| | | | | | W-6 Donald Archibald |
| 12 | | 6/14/06 | | | Photograph of Defendant Quoc Nguyen |
| 13 | | 6/14/06 | | | Photograph of Defendant Khong Nguyen |
| 14 | | 6/14/06 | | | Photograph of Defendant Thinh Cao |
| 11 | | 6/14/06 | | | Waiver of Rights - Quoc Nguyen |
| | | 6/15/06 | | | W-7 Quoc Nguyen |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.