IN THE **UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No 05-134 T** |
| | ) | |
| **QUOC NGUYEN** | ) | **June 23, 2006** |

**MOTION FOR A NEW TRIAL**

Now comes the defendant pursuant to rule 33 of the Federal Rules of Criminal Procedure move for a new trial since the verdict as to count 2 - requires the granting this motion in the interest of justice.

Respectfully Submitted,
Quoc Nguyen,
By his Attorney,

John M. Cicilline, Esquire #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jmcicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this ______ day of June, 2006.

IN THE **UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No 05-134 T** |
| | ) | |
| **QUOC NGUYEN** | ) | **June 23, 2006** |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR A NEW TRIAL**

The defendant moves for a new trial in the interest of justice as to count 2.

The jury found the defendants not guilty of the conspiracy to use extortionate means to collect extension of credit and/or to punish the victim for not repaying an extension of credit in violation of 18 USC 894 in count 1.

Based on the verdict in count 1 it makes the verdict in count 2 inconsistent and appears to be a compromise verdict since the jury deliberated for about 6 hours and returned its verdict, late on a Friday afternoon on a beautiful summer day. The jury concluded that the government failed to prove the defendant conspired with anyone. Based on that it seems justice was not done when they concluded he knowingly participated in the use of extortionate means to collect or attempt to collect an extention of credit made to Tommy Nguyen and/or to punish Tommy Nguyen for not repaying an extention of credit in violation of 18 USC 89 and 2.

The jury's verdict should not stand in the interest of justice.

Respectfully Submitted,
Quoc Nguyen,
By his Attorney,

John M. Cicilline, Esquire #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jmcicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 23 day of June, 2006.