IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No 05-134 T |
| | ) | |
| QUOC NGUYEN | ) | June 23, 2006 |

## MOTION FOR A NEW TRIAL

Now comes the defendant pursuant to rule 33 of the Federal Rules of Criminal Procedure move for a new trial since the verdict as to count 2 - requires the granting this motion in the interest of justice.

Respectfully Submitted,
Quoc Nguyen,
By his Attorney,

DENIED For reasons set forth in the government's memo
Ernest C. Torres
Chief, US District Judge
7/11/06

John M. Cicilline, Esquire #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jmcicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this ______ day of June, 2006.

________________________________