Quoc Nguyen
950 High St.
Central Falls, RI 02863

In The United States District Court For
District Of Rhode Island

| | | |
|---|---|---|
| United States Of America | ) | Case No. CR 05-134T |
| Plaintiff | ) | |
| vs. | ) | Notice Of Appeal |
| Quoc Nguyen | ) | |
| Defendant | ) | |

Come now the defendant, Quoc Nguyen, Pro Se, and hereby give notice of appeal from judgement and Sentence imposed by this Court on December 15, 2006

Respectfully submitted this 21st day of December, 2006

Quoc Nguyen
Quoc Nguyen

Copy mailed this 21st day of December, 2006 to each of the following:

James H. Leavey, Esq.
U.S. Attorney for the
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

John M. Cicilline, Esquire
381 Atwells Avenue
Providence, Rhode Island 02909