**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: 05-134-03T** |
| | : | |
| **QUOC NGUYEN** | : | **January 3, 2007** |

**MOTION TO WITHDRAW**

Now comes John M. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant and for reason says that Attorney John M. Cicilline has discussed the Appeal with his client and there are no issues to Appeal. However, Mr. Nguyen wishes to pursue his appellate rights.

Respectfully submitted,
Quoc Nguyen,
By his Attorney,

/s/ *JOHN M. CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on January 3, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*