UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                    CR No. 05-134-03-T

QUOC NGUYEN

### ORDER

    John M. Cicilline's motion to withdraw (Document 153) as counsel for defendant Quoc Nguyen is hereby denied. If counsel believes that there is no basis for an appeal, he may file an <u>Anders</u> brief. Alternatively, counsel may renew his motion to withdraw if and when the Court of Appeals appoints counsel to represent Mr. Nguyen on appeal.

                               By Order

                               /s/ _____
                               Deputy Clerk

ENTER:

/s/ _____
Ernest C. Torres
Sr. U.S. District Judge

Date: 1/12/07