UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-134-03-T

QUOC NGUYEN

**ORDER**

John M. Cicilline's motion to withdraw (Document 153) as counsel for defendant Quoc Nguyen is hereby denied. If counsel believes that there is no basis for an appeal, he may file an Anders brief. Alternatively, counsel may renew his motion to withdraw if and when the Court of Appeals appoints counsel to represent Mr. Nguyen on appeal.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 1/12/07