UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES

    v.                                                        Cr. 05-134T

QUOC NGUYEN

**ORDER**

The motion by Quoc Nguyen to proceed in forma pauperis is denied for the following reason:

   Mr. Nguyen is represented by counsel and any motion should be filed by counsel unless and until counsel ceases to represent him.

By Order:

ENTER:

_____
Senior Judge Ernest C. Torres
2/22/07

_____
Deputy Clerk