**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES

v. Cr. 05-134T

QUOC NGUYEN

**ORDER**

The motion by Quoc Nguyen to proceed in forma pauperis is denied for the following reason:

Mr. Nguyen is represented by counsel and any motion should be filed by counsel unless and until counsel ceases to represent him.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Senior Judge Ernest C. Torres
2/22/07