UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

    v.                    C.R. No. 05-134T

QUOC NGUYEN

## ORDER DENYING DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

The Motion by Quoc Nguyen to proceed in forma pauperis is denied for the following reason:

Mr. Nguyen is represented by counsel and any motion should be filed by counsel unless and until counsel ceases to represent him.

IT IS SO ORDERED:

_____
Senior Judge Ernest C. Torres
Date: June 27, 2007