**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. C.R. No. 05-134T

QUOC NGUYEN

**ORDER DENYING DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS**

The Motion by Quoc Nguyen to proceed in forma pauperis is denied for the following reason:

Mr. Nguyen is represented by counsel and any motion should be filed by counsel unless and until counsel ceases to represent him.

IT IS SO ORDERED:

Ernest C Torres
Senior Judge Ernest C. Torres
Date: June 27 , 2007