**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR NO. 05-134 T** |
| | : | |
| **QUOC NGUYEN** | : | **September 26, 2007** |

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the defendant in the above in the above-entitled cause and moves to proceed in forma pauperis on appeal.

Respectfully submitted,
QUOC NGUYEN,
By his attorney,

/s/ *John M. Cicilline*
John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on September 26, 2007, a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *John M. Cicilline*