**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: 05-134-03T** |
| | : | |
| **QUOC NGUYEN** | : | **September 26, 2007** |

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the defendant in the above-entitled cause and moves that counsel be appointed to perfect and complete his appeal.

Respectfully submitted,
Quoc Nguyen,
By his Attorney,

/s/ *JOHN M. CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on September 26, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*